AEG

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   -against-

SARVJIT SINGH,

        Defendant.

- - - - - - - - - - - - - - - - - - - - X

U N S E A L I N G
O R D E R

09 M 1102

     Upon the application of BENTON J. CAMPBELL, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Andrew E. Goldsmith, for an order unsealing the affidavit in support of arrest warrant in the above-captioned matter.

     WHEREFORE, it is ordered that the affidavit in support of arrest warrant in the above-captioned matter be unsealed.

Dated:   Brooklyn, New York
         November 7, 2009

                          HON. ROANNE L. MANN
                          UNITED STATES MAGISTRATE JUDGE
                          EASTERN DISTRICT OF NEW YORK