AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| *Plaintiff* ) | |
| v. ) | Case No. M-09-1102 |
| SARVJIT SINGH ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Sarvjit Singh.

Date: 11/09/2009

s/ Bruno C. Bier
*Attorney's signature*

Bruno C. Bier
*Printed name and bar number*

38 West 32nd Street, Ste. 1511
New York, New York 10001

*Address*

bbier@brunobier.com
*E-mail address*

(212) 481-4900
*Telephone number*

(212) 481-9227
*FAX number*